UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>LISTENER BRANDS, INC.,<br><br>      Defendant. | Case No.: 1:21-cv-09867-VEC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Listener Brands, Inc.

DATED:  March 7, 2022      **MIZRAHI KROUB LLP**

                  /s/ EDWARD Y. KROUB
                  EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*